IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY MACK THOMAS, #239 311, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-391-RAH-SMD |
| | ) | |
| STEVEN MARSHALL – ATTORNEY GENERAL, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On September 28, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 25th day of October, 2021.

                                         /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE